Justice SCALIA, concurring.
 

 I adhere to the view I expressed in
 
 Grutter v. Bollinger
 
 : "The Constitution proscribes government discrimination on the basis of race, and state-provided education is no exception."
 
 539 U.S. 306
 
 , 349,
 
 123 S.Ct. 2325
 
 ,
 
 156 L.Ed.2d 304
 
 (2003) (opinion concurring in part and dissenting in part). The petitioner in this case did not ask us to overrule
 
 Grutter
 
 's holding that a "compelling interest" in the educational benefits of diversity can justify racial preferences in university admissions. Tr. of Oral Arg. 8-9. I therefore join the Court's opinion in full.